UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MEDINA,<br>　　　　Petitioner,<br>　　v.<br>RAYMOND MADDEN,<br>　　　　Respondent. | Case No.  15-cv-02708-HSG<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/29/2016

　　　　　　　　　　　　　　　　　　　　　　　　　　
HAYWOOD S. GILLIAM, JR.
United States District Judge